LAQUER, URBAN, CLIFFORD & HODGE LLP
Susan Graham Lovelace, Esq., State Bar #160913
Jacqueline L. Norlin, Esq., State Bar #245840
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email:  Norlin@luch.com

Attorneys for Plaintiffs, Trustees of the
Southern California IBEW-NECA Pension Plan, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and ADMINISTRATIVE MAINTENANCE FUND,<br><br>              Plaintiffs,<br><br>     vs.<br><br>RIVERLAND ELECTRIC, INC., a California corporation,<br><br>              Defendant. | CASE NO. CV 08-00433 AHM (Ex)<br><br>ASSIGNED TO THE HONORABLE A. HOWARD MATZ, UNITED STATES DISTRICT COURT JUDGE<br><br>**JUDGMENT** |

123902.1

1  Pursuant to the stipulation by the parties, and for good cause shown,
2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
3  Judgment shall be entered against Riverland Electric, Inc., a California corporation, in
4  the amount of $68,697.05, plus pre-judgment and post-judgment interest thereon at the
5  rate of ten percent (10%) per annum from January 28, 2008, until paid in full.

7  DATED: March 13, 2008

                                                                                         

**Make JS-6**                           UNITED STATES DISTRICT JUDGE

123902.1